**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Minnesota

Case number (if known): _____   Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Caring Hands Home Care, Inc |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 1 – 1 7 7 5 7 5 8 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 113 Minnesota Ave <br> Number    Street | Number    Street |
| | PO Box 197 <br> P.O. Box |
| Sebeka, MN 56477 <br> City              State    ZIP Code | Sebeka, MN 56477 <br> City              State    ZIP Code |
| Wadena <br> County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | City              State    ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Caring Hands Home Care, Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District  District of Minnesota      When  1/27/2017   Case number  17-60044
                                      MM / DD / YYYY

      District _____      When _____ Case number _____
                                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____      Relationship _____

      District _____      When _____
                                            MM / DD / YYYY

      Case number, if known _____

| Debtor | Caring Hands Home Care, Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | | | |
|---|---|---|---|
| Number | Street | | |

| | | | |
|---|---|---|---|
| City | | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49        ☐ 50-99        ☐ 1,000-5,000        ☐ 5,001-10,000        ☐ 25,001-50,000        ☐ 50,000-100,000
☐ 100-199    ☐ 200-999      ☐ 10,001-25,000      ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☑ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Debtor    Caring Hands Home Care, Inc                                    Case number (if known) _____
          Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/30/2023
              MM/ DD/ YYYY

X   /s/ Gary Johnson                                    Gary Johnson
    Signature of authorized representative of debtor    Printed name

Title _____ President _____

**18. Signature of attorney**

X _____    Date  05/30/2023
  Signature of attorney for debtor              MM/ DD/ YYYY

Printed name

Ahlgren Law Office, PLLC
Firm name

220 W Washington Ave 105
Number        Street

Fergus Falls                          MN        56537
City                                  State     ZIP Code

Contact phone                         Email address

Bar number                            State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for
Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
.

2. The following financial data is the latest available information and refers to the debtor's condition on                    .

| | |
|---|---|
| a. Total assets | $88,899.71 |
| b. Total debts (including debts listed in 2.c., below) | $219,486.73 |
| c. Debt securities held by more than 500 holders | |

Approximate
number of
holders:

secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐
secured ☐  unsecured ☐  subordinated ☐

d. Number of shares of preferred stock
e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| Fill in this information to identify the case: |
| --- |
| Debtor name      Caring Hands Home Care, Inc |
| United States Bankruptcy Court for the: |
|      District of Minnesota |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### ◼ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/30/2023___       **X** /s/ Gary Johnson _____
       MM/ DD/ YYYY            Signature of individual signing on behalf of debtor

                          Gary Johnson _____
                          Printed name

                          President _____
                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Caring Hands Home Care, Inc |
| United States Bankruptcy Court for the: | District of Minnesota |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | City of Sebeka PO Box 305 Sebeka, MN 56477 | | Revolving Loan | | | | $1,700.00 |
| 2 | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | Lien on all business assets | | | | $178,409.28 |
| 3 | Minnesota Department of Revenue Bankruptcy PO Box 6447 Saint Paul, MN 55164-0447 | | Payroll Taxes | | | | $3,988.76 |
| 4 | Sansio 525 Lake Drive Suite 405 Duluth, MN 55802 | | Billing/Medical Software | | | | $22,086.21 |
| 5 | Stryker 2201 SW 152nd St Burien, WA 98166 | | | | | | $13,302.48 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor  Caring Hands Home Care, Inc
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name _____ Caring Hands Home Care, Inc _____

United States Bankruptcy Court for the:
_____ District of Minnesota _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

**1.  Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.  Cash on hand** — $0.00

**3.  Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1  Wells Fargo | Checking account | 1151 | $7,804.78 |
| 3.2  Wells Fargo | Savings account | 5014 | $0.00 |

**4.  Other cash equivalents** *(Identify all)*
None

**5.  Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $7,804.78

### Part 2:  Deposits and prepayments

**6.  Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.  Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
None

| Debtor | **Caring Hands Home Care, Inc** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   **None**

9. **Total of Part 2**
   Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                      $0.00

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    | | Current value of debtor's interest |
    | --- | --- |

11. **Accounts Receivable**

    11a. 90 days old or less:      **$49,422.01** - **$0.00** = ......➔ **$49,422.01**
         face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:      **$25,932.92** - **$0.00** = ......➔ **$25,932.92**
         face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                      $75,354.93

**Part 4:    Investments**

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    | --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                                      % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

Debtor    **Caring Hands Home Care, Inc**                                      Case number *(if known)* _____
　　　　　Name

---

　　　　None

17.  **Total of Part 4**                                                                                    $0.00
　　　Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

---

**Part 5:**   Inventory, excluding agriculture assets

---

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
　　　☐ No. Go to Part 6.
　　　☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

　　　None

20.  **Work in progress**

　　　None

21.  **Finished goods, including goods held for resale**

　　　None

22.  **Other inventory or supplies**

22.1  **Other inventory or supplies (gloves, dressings, blood drawing supplies, etc)** _____   MM / DD / YYYY   _____ (Unknown) _____   _____   $1,500.00

23.  **Total of Part 5**                                                                                    $1,500.00
　　　Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
　　　☑ No
　　　☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　　☑ No
　　　☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　　☑ No
　　　☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

---

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
　　　☑ No. Go to Part 7.
　　　☐ Yes. Fill in the information below.

---

Debtor   __Caring Hands Home Care, Inc__                                    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

   **None**

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

   **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31. Farm and fishing supplies, chemicals, and feed**

   **None**

**32. Other farming and fishing-related property not already listed in Part 6**

   **None**

**33. Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

Debtor    **Caring Hands Home Care, Inc**                                    Case number *(if known)*
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  **Misc office furniture (2 locations)** | **(Unknown)** | | **$1,500.00** |
| **40. Office fixtures** | | | |
| 40.1  **File Cabinets (20)** | **(Unknown)** | | **$1,000.00** |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  **Professional Library** | **(Unknown)** | | **$50.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | | **$1,690.00** |

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                        **$4,240.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**None**

Debtor    **Caring Hands Home Care, Inc**                              Case number *(if known)* _____
          Name

**48. Watercraft, trailers, motors, and related accessories** *Examples*:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

**None**

**49. Aircraft and accessories**

**None**

**50. Other machinery, fixtures, and equipment (excluding farm machinery
and equipment)**

**None**

**51. Total of Part 8**                                                                                    **$0.00**

Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Part 9: | Real Property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

**56. Total of Part 9**                                                                                    **$0.00**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Debtor | **Caring Hands Home Care, Inc** | Case number *(if known)* |
|---|---|---|
| | Name | |

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

**60.** **Patents, copyrights, trademarks, and trade secrets**

None

**61.** **Internet domain names and websites**

None

**62.** **Licenses, franchises, and royalties**

| 62.1 **Medicare Certification** | (Unknown) | | (Unknown) |
|---|---|---|---|

**63.** **Customer lists, mailing lists, or other compilations**

| 63.1 **Client List** | (Unknown) | | (Unknown) |
|---|---|---|---|

**64.** **Other intangibles, or intellectual property**

None

**65.** **Goodwill**

None

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.          $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☐ No

☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | **Caring Hands Home Care, Inc** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**71.  Notes receivable**

Description (include name of obligor)

**None**

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**None**

**73.  Interests in insurance policies or annuities**

**None**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.  Trusts, equitable or future interests in property**

**None**

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.  Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

$0.00

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    **Caring Hands Home Care, Inc**                                    Case number *(if known)* _____
          Name

| Part 12: | Summary |

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,804.78 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $75,354.93 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $1,500.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $4,240.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*...................................................... → | | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $88,899.71 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................... | | $88,899.71 |

Debtor    __Caring Hands Home Care, Inc__    Case number *(if known)* _____
          Name

███  **Additional Page**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment -** *Continued* | | | |
| 41.2 __Xerox Copier (does not work, cant get parts)__ | (Unknown) | | $0.00 |
| 41.3 __Computers (7), printer__ | (Unknown) | | $400.00 |
| 41.4 __Microtec Computer Center__ | (Unknown) | | $500.00 |
| 41.5 __Computer__ | (Unknown) | | $50.00 |
| 41.6 __Wheel Chairs (3)__ | (Unknown) | | $60.00 |
| 41.7 __Bath Scales__ | (Unknown) | | $50.00 |
| 41.8 __Glucometer (6)__ | (Unknown) | | $10.00 |
| 41.9 __Nonin pulse oximeter, infant flex sensor__ | (Unknown) | | $10.00 |
| 41.10 __Back support suspenders (10)__ | (Unknown) | | $10.00 |
| 41.11 __Pediatric Stethoscope__ | (Unknown) | | $300.00 |
| 41.12 __Oximeters (10)__ | (Unknown) | | $300.00 |

Fill in this information to identify the case:

Debtor name   Caring Hands Home Care, Inc

United States Bankruptcy Court for the District of   Minnesota
(State)

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**  **Creditor's name**
Internal Revenue Service

**Creditor's mailing address**
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Lien on all business assets

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $178,409.28   Column B: unknown

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $178,409.28

Fill in this information to identify the case:

Debtor name _____ Caring Hands Home Care, Inc _____

United States Bankruptcy Court for the:

_____ District of Minnesota _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
     ☐ No. Go to Part 2.
     ☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**Minnesota Department of Revenue**<br><br>**Bankruptcy**<br><br>**PO Box 6447**<br><br>**Saint Paul, MN 55164-0447**<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>_Payroll Taxes_<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,988.76 | $3,988.76 |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

Debtor    **Caring Hands Home Care, Inc**

Name

Case number *(if known)*

| | |
|---|---|
| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**   Nonpriority creditor's name and mailing address

**City of Sebeka**

**PO Box 305**

**Sebeka, MN 56477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Revolving Loan**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,700.00**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**3.2**   Nonpriority creditor's name and mailing address

**Gary Johnson**

**PO Box 197**

**PO Box 197**

**Sebeka, MN 56477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**3.3**   Nonpriority creditor's name and mailing address

**Pat Johnson**

**PO Box 197**

**PO Box 197**

**Sebeka, MN 56477**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**3.4**   Nonpriority creditor's name and mailing address

**Sansio**

**525 Lake Drive Suite 405**

**Duluth, MN 55802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Billing/Medical Software**

Is the claim subject to offset?
☑ No
☐ Yes

**$22,086.21**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

| Debtor | Caring Hands Home Care, Inc | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

| | | | |
|---|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,302.48** |
| | Stryker | *Check all that apply.* | |
| | | ☐ Contingent | |
| | 2201 SW 152nd St | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Burien, WA 98166 | **Basis for the claim:** _____ | |
| | | **Is the claim subject to offset?** | |
| | Date or dates debt was incurred _____ | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

Debtor  **Caring Hands Home Care, Inc**_____      Case number *(if known)* _____
          Name

<div style="background:black;color:white">Part 4:</div> Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $3,988.76 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $37,088.69 |
| 5c.  **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $41,077.45 |

| Fill in this information to identify the case: |
| --- |

Debtor name _____ Caring Hands Home Care, Inc _____

United States Bankruptcy Court for the:

_____ District of Minnesota _____

Case number (if known): _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.    Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | office lease, month to month | Johnson, Gary |
| | | | PO Box 197 |
| | **State the term remaining** | 0 months | Sebeka, MN 56477 |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | office lease, month to month | Golden Ratio |
| | | | 21253 170th St |
| | **State the term remaining** | 0 months | Park Rapids, MN 56470 |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Billing software, month to month | Sansio |
| | | | 525 Lake Drive Suite 405 |
| | **State the term remaining** | 0 months | Duluth, MN 55802 |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Broker, month to month | Duane Johnson / Calhoun Companies |
| | | | 4550 W 77th St Suite 180 |
| | **State the term remaining** | 0 months | Edina, MN 55435 |
| | **List the contract number of any government contract** | | |

Fill in this information to identify the case:

Debtor name    **Caring Hands Home Care, Inc**

United States Bankruptcy Court for the: District of    **Minnesota**
                                                        (State)

Case number (If known): _____

☐ Check if this is an
  amended filing

# Official Form 206H

## Schedule H: Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Johnson, Gary | PO Box 197 <br> Street <br><br> Sebeka, MN 56477 <br> City    State    ZIP Code | City of Sebeka | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 Pat Johnson | PO Box 197 <br> Street <br><br> Sebeka, MN 56477 <br> City    State    ZIP Code | City of Sebeka | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | Caring Hands Home Care, Inc | Case number (if known) | |
|--------|------------------------------|------------------------|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.6 | _____ | _____ | _____ | ☐ D |
| | | Street | | ☐ E/F |
| | | _____ | | ☐ G |
| | | _____ | | |
| | | City          State          ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____ Caring Hands Home Care, Inc _____

United States Bankruptcy Court for the:

_____ District of Minnesota _____

Case number (if known): _____     Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*............................................................................................................ | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.......................................................................................................... | $88,899.71 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*............................................................................................................ | $88,899.71 |

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $178,409.28 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ | $3,988.76 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | + $37,088.69 |

4. **Total liabilities**............................................................................................................................ | $219,486.73 |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ Caring Hands Home Care, Inc _____

United States Bankruptcy Court for the:
_____ District of Minnesota _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $168,315.00 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $651,931.00 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $874,325.00 |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    Caring Hands Home Care, Inc                  Case number *(if known)*

Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Johnson, Pat <br> Creditor's name <br><br> PO Box 197 <br> Street <br><br> _____ <br><br> Sebeka, MN 56477 <br> City    State    ZIP Code | See attached <br> Exhibit A | $55,900.00 | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br> Vice President | | | |
| 4.2. Johnson, Gary <br> Creditor's name <br><br> PO Box 197 <br> Street <br><br> _____ <br><br> Sebeka, MN 56477 <br> City    State    ZIP Code | See attached <br> Exhibit A | $7,150.00 | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br> President | | | |

| Debtor | Caring Hands Home Care, Inc | Case number *(if known)* |
|---|---|---|
| | Name | |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | State of Minnesota<br>Creditor's name<br><br>444 Lafayette Rd<br>Street<br><br><br>Saint Paul, MN 55155-3857<br>City          State    ZIP Code | Bank Funds | 5/23/23 | $2,512.00 |
| 5.2. | Medicare<br>Creditor's name<br><br>6775 West Washington Street<br>Street<br><br><br>Milwaukee, WI 53214<br>City          State    ZIP Code | Bank funds | 5/18/23 | $3,263.00 |
| 5.3. | Medicare<br>Creditor's name<br><br>6775 West Washington Street<br>Street<br><br><br>Milwaukee, WI 53214<br>City          State    ZIP Code | Bank Funds | 5/15/23 | $1,079.00 |
| 5.4. | Primewest<br>Creditor's name<br><br>3905 Dakota St<br>Street<br><br><br>Alexandria, MN 56308<br>City          State    ZIP Code | Bank funds | 5/18/23 | $2,637.00 |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1. | Creditor's name<br><br>Street<br><br><br>City          State    ZIP Code | XXXX– __ __ __ __ | | |

| Debtor | Caring Hands Home Care, Inc | Case number (if known) |
|---|---|---|
| | Name | |

<div style="background:black;color:white;padding:2px;">

**Part 3:**  Legal Actions or Assignments

</div>

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | _____ | _____ | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | Case number | | | |
| | _____ | | City          State    ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | _____ | _____ |
| | Street | Case title | Court name and address |
| | | _____ | Name |
| | City          State    ZIP Code | Case number | Street |
| | | _____ | City          State    ZIP Code |
| | | Date of order or assignment | |
| | | _____ | |

<div style="background:black;color:white;padding:2px;">

**Part 4:**  Certain Gifts and Charitable Contributions

</div>

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | _____ | _____ | _____ |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

<div style="background:black;color:white;padding:2px;">

**Part 5:**  Certain Losses

</div>

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    Caring Hands Home Care, Inc    Case number *(if known)* _____
_____
Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1. _____    _____    _____    _____

---

**Part 6:    Certain Payments or Transfers**

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Ahlgren Law Office, PLLC | Attorney's Fee | 05/25/2023 | $15,000.00 |

**Address**

220 W Washington Ave 105
Street

_____

Fergus Falls, MN 56537
City            State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

Paid by Pat and Gary Johnson

**12.    Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

_____

Debtor    Caring Hands Home Care, Inc                                    Case number *(if known)*
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

|  |
|---|
| **Address** |

_____
Street

_____

_____
City          State    ZIP Code

| **Relationship to debtor** |
|---|

_____

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

| 14.1. | _____ | From _____ To _____ |
|---|---|---|
| | Street | |

_____

_____
City          State    ZIP Code

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

Case 23-60214    Doc 1    Filed 05/30/23    Entered 05/30/23 21:01:09    Desc Main
Document    Page 34 of 45

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Multiple Locations | Home healthcare provider | 98 |
| Facility name | | |

| Street | | |
|---|---|---|
| City          State     ZIP Code | Location where patient records are maintained *(if different from facility address).* If electronic, identify any service provider.<br><br>113 Minnesota Ave Sebeka, MN 56477 | How are records kept?<br><br>*Check all that apply:*<br>☑ Electronically<br>☑ Paper |

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.                                                    Customer information including name, address, insurance
State the nature of the information collected and retained.   information, telephone numbers, medical information and more

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

      Has the plan been terminated?
      ☐ No
      ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ | XXXX– __ __ __ __ | ☐ Checking | _____ | _____ |
| Name | | ☐ Savings | | |
| Street | | ☐ Money market | | |
| | | ☐ Brokerage | | |
| City          State     ZIP Code | | ☐ Other | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------------------------------------------|------------------------------------|------------------------------|-----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------|------------------------------------|------------------------------|-----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---------------------------|---------------------------|------------------------------|-------|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    Caring Hands Home Care, Inc    Case number (if known)
         Name

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 9

Debtor  Caring Hands Home Care, Inc                                    Case number *(if known)* _____
_____
Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Pickett & Demuth LTD<br>Name<br><br>115 North Court Street<br>Street<br><br>_____<br><br>Fergus Falls, MN 56537<br>City        State        ZIP Code | From <u>2017</u>    To <u>current</u> |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State        ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State        ZIP Code | _____<br><br>_____<br><br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    Caring Hands Home Care, Inc                                    Case number *(if known)*_____
          Name

| Name and address |
|---|

26d.1. _____
       Name

       _____
       Street

       _____

       _____
       City                          State              ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

      Name

      _____
      Street

      _____

      _____
      City                          State              ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Johnson, Gary | PO Box 197 Sebeka, MN 56477 | President, | 50.00% |
| Johnson, Pat | PO Box 197 Sebeka, MN 56477 | Vice President, | 50.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor    Caring Hands Home Care, Inc                                        Case number (if known) _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. Johnson, Gary _____    _____    see attached    _____
      Name                                                        Exhibit A

      PO Box 197 _____
      Street

      _____

      Sebeka, MN 56477 _____
      City                    State        ZIP Code

| Relationship to debtor |
|---|

President _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2. Johnson, Pat _____    _____    see attached    _____
      Name                                                        Exhibit A

      PO Box 197 _____
      Street

      _____

      Sebeka, MN 56477 _____
      City                    State        ZIP Code

| Relationship to debtor |
|---|

Vice President _____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____05/30/2023_____
          MM/  DD/  YYYY

Debtor   Caring Hands Home Care, Inc                                          Case number *(if known)*
Name

**X** /s/ Gary Johnson                                Printed name                Gary Johnson
    Signature of individual signing on behalf of the debtor


Position or relationship to debtor _____ President _____


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

CITY OF SEBEKA
PO BOX 305
SEBEKA, MN 56477

DUANE JOHNSON / CALHOUN
COMPANIES
4550 W 77TH ST SUITE 180
EDINA, MN 55435

GARY JOHNSON
PO BOX 197
PO BOX 197
SEBEKA, MN 56477

GOLDEN RATIO
21253 170TH ST
PARK RAPIDS, MN 56470

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

GARY JOHNSON
PO BOX 197
SEBEKA, MN 56477

MINNESOTA DEPARTMENT OF
REVENUE
BANKRUPTCY
PO BOX 6447
SAINT PAUL, MN 55164-0447

PAT JOHNSON
PO BOX 197
PO BOX 197
SEBEKA, MN 56477

PAT JOHNSON
PO BOX 197
SEBEKA, MN 56477


SANSIO
525 LAKE DRIVE SUITE 405
DULUTH, MN 55802


STRYKER
2201 SW 152ND ST
BURIEN, WA 98166

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**FERGUS FALLS DIVISION**

IN RE: **Caring Hands Home Care, Inc**                                        CASE NO

                                                                              CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____ 05/30/2023 _____     Signature _____ /s/ Gary Johnson _____
                                                        Gary Johnson, President

LOCAL FORM 1007-1
REVISED 06/16

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                          Case No.

        Debtor(s).

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the
attorney for the above-named debtor(s) and that compensation paid to me within one year before
the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be
rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case
is as follows:

   For legal services, I have agreed to accept:                $_____

   Prior to the filing of this statement I have received:      $_____

   Balance Due                                                 $_____

2.      The source of the compensation paid to me was:

            Debtor              Other (specify)         Payment from Gary Johnson.

3.      The source of the compensation to be paid to me is:

            Debtor              Other (specify)

4.

        I have not agreed to share the above-disclosed compensation with any other person
        unless they are members and associates of my law firm.

        I have agreed to share the above-disclosed compensation with another person or
        persons who are not members or associates of my law firm.  A copy of the agreement,
        together with a list of the names of the people or entities sharing in the compensation,
        is attached.

LOCAL FORM 1007-1
REVISED 06/16

5.      In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

      A.      Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

      B.      Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

      C.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

      D.      Representation of the debtor in contested bankruptcy matters: and

      E.      Other services reasonably necessary to represent the debtor(s).

6.      Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Date: _____          _____
                                                                                Signature of Attorney